[No. 35480-9-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
A. LYONS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00275-3, Paul Hansen, J., entered October 3, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Becker, J.


[No. 35575-9-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
ADOLPHUS ERNST WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01636-5, Faith Enyeart Ireland, J., entered October 24, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 35724-7-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GEOFFREY
L. GEYMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01610-1, Faith Enyeart Ireland, J., entered November 7, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Webster, J.


[No. 35800-6-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS
GENE ARNSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03143-7, Waldo F. Stone, J. Pro Tem., entered December 22, 1994. *Affirmed* by unpublished per curiam opinion.